AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____ DISTRICT OF __NEVADA__

GERMANDI TYLER,

      Petitioner,             JUDGMENT IN A CIVIL CASE

V.

                                    CASE NUMBER:   **3:11-CV-00003-RCJ-RAM**

STATE OF NEVADA,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

January 4, 2011                                                    **LANCE S. WILSON**
                                                                           Clerk

                                                                          /s/ M. Campbell
                                                                           Deputy Clerk