# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERMANDI TYLER,<br>    *Petitioner*,<br><br>vs.<br><br>STATE OF NEVADA,<br>    *Respondent*. | 3:11-cv-00003-RCJ-RAM<br><br>ORDER |

This closed action comes before the Court following upon a letter (#5) and a financial certificate (#6) filed by petitioner.

This action was closed by a final judgment entered on January 4, 2011, due to multiple substantial defects in the papers presented. Petitioner's filing of a letter or financial materials in this matter has no effect on the final judgment entered previously herein. If petitioner wishes to pursue federal relief, he must file a new action under a new docket number with either payment of the filing fee or a properly presented pauper application, subject to whatever defenses may be applicable to such action. The present action, however, has been and remains closed.

IT THEREFORE IS ORDERED that the Clerk of Court shall accept no further filings from petitioner in this action other than a motion under Rule 59 or Rule 60 of the Federal Rules of Civil Procedure or a notice of appeal. If petitioner attempts to file any papers other than a Rule 59 motion, a Rule 60 motion or a notice of appeal, the Clerk shall return said

1  papers to petitioner stamped "received" but unfiled, and the Clerk shall note the return of the
2  papers on the docket sheet.

      DATED:  This 17th day of June, 2011.

   _____
   ROBERT C. JONES
   Chief United States District Judge